UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO._____

THE AFFILIATI NETWORK, INC.,
a Florida corporation,

      Plaintiff,

vs.

NORWICH ENTERPRISES, LLC, a
Delaware limited liability company,

      Defendant.

_____/

## COMPLAINT

    Plaintiff, The Affiliati Network, Inc., sues Defendant, Norwich Enterprises, LLC, and alleges:

## PARTIES

    1.    Plaintiff, The Affiliati Network, Inc. ("AFI") is a corporation duly organized under the laws of the State of Florida, which has its principal place of business in Miami, Florida.  AFI is an Internet affiliate network engaged in the business of affiliate marketing that produces advertisements for clients through AFI's network of affiliates' and publishers' websites, search-engines, social media sites, and direct e-mailing distributions.

    2.    Defendant, Norwich Enterprises, LLC ("Norwich") is a corporation organized under the laws of the State of Delaware, which has its principal place of business in Wilmington, Delaware.  Norwich sought the marketing and advertising services of AFI to generate and drive sales for its weight-loss product trials known as Pure Garcinia Elite and Pure Body Elite. As a

result, Norwich regularly transacted business in Miami, Florida in connection with the parties' agreement, which is the subject of this litigation.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because: (a) the amount in controversy exceeds $75,000.00, exclusive of interest and costs; and (b) there is diversity of citizenship between the parties because Plaintiff, AFI is a citizen of the State of Florida, and Defendant, Norwich is a citizen of the State of Delaware.

4.      Venue is proper under 28 U.S.C. § 1391(b) in this judicial district because it is where: (a) a substantial part of the events or omissions giving rise to the claims occurred; (b) the Defendant, Norwich is subject to the Court's personal jurisdiction as set forth herein; and (c) the parties' agreement expressly provides for exclusive jurisdiction/venue in this judicial district.

5.      Norwich is subject to personal jurisdiction in this judicial district because: (a) pursuant to Florida's Long-Arm Statute, Section 48.193(g), Florida Statutes, Defendant breached the parties' agreement in Florida by failing to perform acts required by the agreement to be performed in Florida; and (b) Norwich had minimum contacts with Florida so that the Court's exercise of jurisdiction does not offend traditional notions of fair play and substantial justice.

6.      Notwithstanding Norwich's express agreement and consent to jurisdiction and venue in this judicial district, Norwich purposefully availed itself of the forum because, among other things: (a) Norwich initiated and maintained an ongoing business relationship with AFI by regularly sending communications, data, and information to AFI for the purpose of having AFI perform affiliate marketing and advertising services from Miami, Florida; (b) the agreement that is the subject of this litigation was negotiated in Florida and became effective when the terms of the agreement were accepted and performed in Miami, Florida; and (c) Norwich regularly

submitted payments to AFI in Miami, Florida under the parties' agreement for the services AFI performed on its behalf in Miami, Florida, which are the subject of this litigation.

## STATEMENT OF FACTS

7.      AFI is a web-based affiliate marketing company based in Miami, Florida that provides a network of publishers and affiliates to its clients allowing them the ability to create and publish successful advertising campaigns, through AFI's network, to drive sales from Internet traffic, leads and conversions. Essentially, AFI is paid commissions for leads and conversions AFI generates for its advertising clients, while AFI is obligated to pay its affiliates on either a weekly or daily basis.

8.      On January 27, 2015 AFI and Norwich entered into a written agreement, consisting of an Insertion Order ("IO") and Affiliate Marketing Agreement ("Terms"), whereby AFI agreed to provide Norwich, as an advertiser, with various affiliate marketing services for Norwich's Pure Garcinia Elite and Pure Body Elite advertising campaigns, and Norwich agreed to pay AFI for these services. True and correct copies of both the IO and Terms are attached hereto as "Composite Exhibit A", which shall be collectively referred to herein as the "Agreement."

9.      Pursuant to the Agreement, AFI and Norwich agreed that AFI would place Norwich's advertisements on websites within AFI's affiliate network that generate internet traffic from Social Media, Search, and Display traffic types, as defined in the IO. [*See* "Composite Exhibit A," pg. 1].

10.      In exchange, pursuant to the IO, Norwich agreed to pay AFI a commission for each sale or conversion generated by AFI's marketing and advertising services on AFI's network of affiliates, in what is known in the industry as a "Cost Per Action" or "CPA" model.

11.     Specifically, Norwich agreed that it would pay AFI for the following:

i.     a $45.00 commission for each "Step 1" sale or conversion, or in other words, for each customer's registration and credit card purchase of Norwich's Pure Garcinia Elite product; and

ii.    an additional $44.00 commission for each  "Step 2" sale or conversion, or in other words, each customer's registration and credit card purchase of Norwich's Pure Body Elite product.

(each an "Action")[*See* "Composite Exhibit A," pg. 1].

12.     As set forth in the IO and Terms, Norwich was obligated to pay commissions to AFI on a daily basis by wire transfer within five (5) days of its receipt of each of the previous 5 days collective amount of AFI generated Actions, otherwise known as "net 5 payment" terms. [*See* "Composite Exhibit A," pg. 1-2].

13.     On January 27, 2015, AFI began generating traffic on behalf of Norwich, which continued until early May 2015.

14.     In total, AFI generated 21,441 conversions during this time totaling $953,739.00 in commissions due to AFI.

15.     As a result, AFI issued invoices for the services it provided to Norwich, and those invoices reflected amounts due and previous payments or adjustments made on the account. True and accurate copies of AFI's invoices are attached hereto as "Composite Exhibit B."

16.     From February through April 2015, Norwich submitted various payments to AFI in Miami, Florida for AFI's services.

17.     In fact, since Norwich was satisfied with the quality of the traffic and it regularly verified retention rates on sales from AFI's traffic, Norwich frequently requested that AFI continue generating traffic resulting in Step 1 and 2 sales and Actions.

18.     Moreover, even though the parties initially agreed to limit or cap the number of daily Actions for Step 1 to 200, and limit or cap the number of daily Actions for Step 2 to 180, Norwich later asked AFI to remove the restriction on daily Actions.

19.     Norwich expressed that it was content with the quality of AFI's Actions, and at no time did Norwich terminate the affiliate marketing services that give rise to the balance due to AFI.

20.     Instead, Norwich profited greatly from the sales revenue derived from AFI's services, while at the same unremittingly promising payment to AFI on various occasions so that AFI would continue to generate more sales for Norwich.

21.     However, Norwich fell behind on its required payments to AFI in April 2015, resulting in an ever-increasing and unpaid balance that reached $320,739.00. A true and accurate copy of a statement summarizing the total amounts due and paid is attached hereto as "Exhibit C."

22.     Norwich then materially breached the Agreement by refusing to timely submit payments to AFI as they became due, requiring that AFI suspend the campaign.

23.     Despite AFI's numerous attempts to resolve this dispute amicably, on May 20, 2015, AFI was forced to provide Norwich with written notice of AFI's intention to terminate the Agreement pursuant to Paragraph 7 of the Terms, and permanently cease AFI's marketing services.

24.     Despite AFI's demands and Norwich's promises to pay the $320,739.00 balance due, Norwich has failed to pay the outstanding balance due.

25.     Pursuant to Paragraph 10 of the Terms, AFI is entitled to its reasonable attorneys' fees and costs incurred as a result of bringing this action to enforce the terms of the Agreement.

## COUNT I - BREACH OF CONTRACT

26.     Plaintiff, AFI incorporates and re-alleges paragraphs 1-25 above as if fully set forth herein.

27.     Plaintiff, AFI and Defendant, Norwich entered into the Agreement.

28.     Plaintiff, AFI complied with its contractual obligations under the Agreement by, among other things, performing the affiliate marketing advertisement services that generated numerous valid and valuable Actions and sales for Defendant, Norwich.

29.     Defendant, Norwich is in default of its obligations under the Agreement by failing to timely submit payment for AFI's advertising services.

30.     AFI has been damaged by Norwich's material breaches of the Agreement.

WHEREFORE, Plaintiff, AFI demands judgment against Defendant, Norwich for its damages, plus prejudgment interest, costs, and reasonable attorney's fees incurred in connection with this action pursuant to Paragraph 10 of the Terms, and such other and further relief as this Court considers appropriate.

## COUNT II- OPEN ACCOUNT

31.     Plaintiff, AFI incorporates and re-alleges paragraphs 1-7, 11, 13-21, and 24 above as if fully set forth herein.

32.     This count is pled in the alternative to Count I for Breach of Contract.

33.     Defendant, Norwich owes AFI $320,739.00 that is currently due and outstanding for services provided by AFI to Norwich between January 27, 2015 and May 3, 2015, as reflected in the invoices and statement of account in "Composite Exhibit B" and "Exhibit C" hereto.

WHEREFORE, Plaintiff, AFI demands judgment against Defendant, Norwich for its damages, plus prejudgment interest, and costs incurred in connection with this action and such other and further relief as this Court considers appropriate.

## COUNT III- UNJUST ENRICHMENT

34.     Plaintiff, AFI incorporates and re-alleges paragraphs 1-7, 11, 13-21, and 24 above as if fully set forth herein.

35.     As a result of the business transactions and services Plaintiff, AFI provided to Defendant, Norwich from January 27, 2015 through May 3, 2015, AFI has conferred a benefit on Defendant.

36.     Norwich knowingly and voluntarily accepted and retained the benefit conferred.

37.     Norwich owes AFI $320,739.00 that is due for the benefit of affiliate marketing services provided by AFI.

38.     The circumstances render the Norwich's retention of the benefit inequitable unless the Norwich pays AFI the value of the benefit received for the services provided to Norwich.

WHEREFORE, Plaintiff, AFI demands judgment against Defendant, Norwich for its damages, plus prejudgment interest and costs incurred in connection with this action and such other and further relief as this Court considers appropriate.

7

Dated:  May 26, 2015

Respectfully submitted,

/s/ *Ruben E. Socarras*
Ruben E. Socarras
Fla. Bar No. 712256
rsocarras@msglaw.com
Stephen J. Leary
Fla. Bar No. 111599
sleary@msglaw.com
MARSHALL SOCARRAS  GRANT, P.L.
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone: 561.361.1000
Facsimile:  561.672.7581

*Attorneys for Plaintiff, The Affiliati Network, Inc.*

**COMPOSITE EXHIBIT "A"**

# The Affiliati Network Insertion Order Cover Page



The Affiliati Network
1416 Bay Rd.
Miami Beach, FL 33139
T: 317-908-8118

## Advertiser Information

| | |
|---|---|
| Advertiser Name: | Norwich Enterprises, LLC |
| Contact Name: | Chris Hebard |
| Street Address: | **1521 Concord Place #303** |
| City, State, Zip | **Wilmington, DE 19803** |
| Phone #: | 505-780-5447 |
| Fax # | 888-727-6234 |
| E-mail Address: | chris@hebard.net |
| Web Address: | https://www.trygarciniaelite.com/tan/ |

## Offer

**Name of Advertiser:**

**Offer Names:** Pure Garcinia Elite / Pure Body Elite
**Offer ID:**
**Start Date:** Jan 27.2015
**End Date:**
**Payout to Publisher:** 45/44
**Payout Occurs When: Sale**
**Publisher-Side Volume Cap: 200 step 1** *(approx 180 step 2)*
**Traffic Types: Social Media, Search, Display**
**Return Days:**
**Countries Allowed:** USA
**Offer Description: Trial plus subscription step 1 ($45 CPA) and one-click step 2 ($44 CPA)**
**Offer Restrictions: no incentivized**

**Traffic Type Descriptions:**

Search – Actively buying traffic on a pay per click basis from a search engine by bidding on keywords relevant to a given offer. Traffic can be driven either directly to the offer landing page, or through a landing page controlled by the publisher (which eventually links to the offer's landing page).

Email – Sending offers to subscribers via email. HTML or plain text creatives link to the offer landing page, or to a site where the offer landing page link is present.

Display (Web/Banner) – Banner advertising on websites. The real estate on a website can either be purchased for a limited time (media buys), or owned outright by the publisher (content sites belonging to the publisher).

Incentivized – When a user is awarded prizes or points by the publisher for filling out offers outside of a social network.

Incentivized – Cash – When a user is awarded cash by the publisher for filling out offers.

**Social Media – Display – Web/banner inventory that is paid for on a social networking site, typically on a pay per click basis. Facebook flyers would be an example.**

Social Media – Incentivized - Incentivizing users to fill out an offer in order to get virtual currency, a reward, or a prize in a social network application.

## Payment Terms

- • Payment Currency:  USD
- • Payment Terms: Prepay + NET5

- • If Payment is to be made via the Prepayment terms contained herein, Client must meet the following conditions:

Payment Terms once Prepayment Amount is met:  NET5

| Tracking and Special Instructions |
| --- |
|  |

The Affiliati Network Publisher Terms & Conditions shall apply to this Insertion Order.

| Advertiser Name: | The Affiliati Network |
| --- | --- |
| Signed: _____ | Signed: _____ |
| Printed Name: Steve van Schouwen | Printed Name: _____ |
| Title: Marketing | Title: _____ |
| Date: 1/27/2015 | Date: _____ |

## THE AFFILIATI NETWORK AFFILIATE MARKETING AGREEMENT

THIS NETWORK AFFILIATE MARKETING AGREEMENT (the "Agreement") is made this 27th day of JAN, 2015 (the "Effective Date"), by and between The Affiliati Network, Inc. ("Company"), a Florida corporation with offices at 1416 Bay Rd., Miami Beach, FL 33139, and Norwich Enterprises, LLC, with address at 1521 Concord Place #303 Wilmington, DE, 19803 ("Advertiser").

WHEREAS, Company (and Company's agents, affiliates, assigns and designees) sells products at Company's websites through offers advertised and published on the internet (the "Offer(s)"); and

WHEREAS, Affiliate is an internet advertising publisher who owns and operates websites and/or permission-based opt-in e-mail lists (the "Network"), and/or purchases search-based links on search engines (e.g. Google, Bing) (collectively, the "Search Engines") for the purpose of directing users to Company websites through the implementation of strategic search campaigns (collectively, the "Search Campaigns"); and

WHEREAS, the parties mutually desire to engage Affiliate, and its permitted third party sub-affiliates and/or publishers ("Sub-Affiliates"), pursuant to the terms and conditions herein, to: (a) publish the Offers on the Network e-mail lists through strategic e-mail marketing campaigns (the "E-mail Campaigns"); and/or (b) display the Offers on the Network websites through advertising campaigns (the "Advertising Campaigns"); and/or (c) structure and operate Search Campaigns, all in accordance with the terms of this Agreement; and

NOW, THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged by the parties, Company and Affiliate agree as follows:

### 1. OFFERS

Company shall only use the creative and substantive materials provided by Advertiser (the "Creative Materials") in publishing the Offer unless otherwise authorized. At all times, Affiliate shall abide by all local, state and federal ordinances and codes in the use of the Creative Materials and in publishing the Offer. Company shall not: (a) modify, edit or otherwise make any changes to the terms and conditions of an Offer or to the Creative Materials unless authorized; or (b) make any use whatsoever of any Offer other than for the purposes as specifically described in the Offer and the Agreement. Additionally, Advertiser shall provide Company with information and opt-out links required for Affiliate compliance with the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM").

### 2. E-MAIL CAMPAIGNS

**2.1** General.  Company may publish E-mail Campaigns only to recipients who have agreed in advance to opt-in and receive such transmissions from Company at the e-mail address to which the e-mail is sent. Advertiser is solely responsible for all complaints related to E-mail Campaigns published by Affiliate and shall respond to all complaints within forty-eight (48) hours of notification from the recipient.

**2.2** Suppression List.  Company shall update Advertiser's suppression list against Advertiser's most recent suppression list (the "Company List") no less than one (1) time per week during the E-mail Campaign. At Advertiser's request, Company agrees to utilize Advertiser's designated third party provider for managing the Company List. Company additionally agrees to: (a) use the Company List solely for the suppression purposes set forth herein; (b) use the Company List to remove any and all e-mail addresses contained therein from receiving future commercial e-mail messages; (c) hold any Company List information in complete and total confidence; (d) not use the Company List for any purpose related to or in connection with e-mail marketing or appending, except pursuant to the terms and conditions specifically contained in this Agreement; (e) destroy and send back to Company any information or data contained on the Company List or provided by Company to Affilate otherwise following termination of this Agreement; and (f) not disclose the Company List to any employee, consultant, subcontractor, third party individual, corporation or entity (a "Third Party") for any purpose whatsoever without obtaining express, prior, written approval from Company, which approval shall be

in Company's sole and final discretion, and pending the Third Party's written agreement to be bound by the obligations set forth in this Agreement.

**2.3** <u>Delivery of E-mail</u>.   Company may only use, without alteration, e-mail subject lines provided by or otherwise approved by Company, which approval shall be in Advertiser's sole and final discretion, unless authorized.    Company shall disclose in all E-mail Campaigns that the subject e-mails are commercial transmissions. Company shall maintain the Advertiser in a manner that conforms with best practices of opt-in solicitation and privacy policies, and in accordance with all federal, state and local ordinances and codes. Affiliate additionally agrees that it shall not do any of the following in connection with the delivery of any E-mail Campaign hereunder: (a) engage in any conduct to circumvent or attempt to circumvent spam filters or blacklists; (b) forge, falsify or use unrelated or deceptive content in any part of the header or body in any manner; (c) make use of false registrations, invalid domains and IP addresses for e-mail accounts; (d) use third party brand names, trademarks, copyrights or other intellectual property in any part of the header or body; or (e) relay or retransmit e-mail for any purpose from a computer or computer network that was accessed without authorization.

**2.4** <u>Opt-out</u>.   Company agrees that: (a) each e-mail shall contain a link as provided by Advertiser for the recipient to opt-out of receiving future e-mail from sender; (b) the recipient shall not be required to make any payment or submit any personal information in order to opt-out; and (c) in the event that Advertiser receives a complaint from any recipient of any e-mail sent by Company, upon Advertiser request, Company shall immediately provide Advertiser with appropriate records to verify such recipient's consent to receive e-mail from Affiliate.

## 3.  ADVERTISING CAMPAIGNS

Company may display Offers in the form of advertisement banners, badges, buttons and/or text-links on the Network websites.   Company represents and warrants that (a) the operation of the Network websites where Offers are displayed shall not violate any federal, state, or local laws or regulations, or the privacy policies applicable to such Network websites; (b) Company shall not permit the display or dissemination of Offers on or around any website which contains offensive, illegal or obscene content; (c) the Advertising Campaign shall not be published on any Network website that generates incentivized traffic or co-registration leads, uses path traffic, or otherwise runs incentivized or co-registration campaigns unless authorized in the "Allowed Traffic Types"; (d) Affiliate shall not participate in "click fraud", "click spamming", "click bombing" or other similar activity that fraudulently increases the number of users who access an Offer; (e) Affiliate shall not use adware/ spyware or any other targeting technologies in connection with the Advertising Campaign(s); and (f) all customer information, including the name, address, phone number and credit card information provided by customers from the Network is current, accurate, and valid.

## 4.  TERMS OF PAYMENT

**4.1** <u>Advertiser</u>, and/or its agents, assigns, designees and affiliates, shall pay Company commissions in the amounts, and at the times, set forth in the schedule of the applicable Offer (collectively, the "<u>Payment Terms</u>"). Company's calculation of the Commissions shall be final unless Advertiser objects to such calculation within five (5) business days of the end of the billing cycle in which Commissions were generated.   If Advertiser contests Company's calculation, Advertiser shall provide documentation to Company identifying, in detail, the discrepancies between Company's calculation and Adertiser's calculation. Company shall consider such documentation in good faith, but shall at all times retain the sole and final discretion in determining such calculation of Commissions.

**4.2** <u>Personal Guarantee</u>.  The remedies of Company as provided herein or by law or in equity shall be cumulative and concurrent and may be pursued singly, personally, successively and/or together against the Advertiser and the Advertiser's directors, agents, assigns, at the sole and final discretion of Company, and such remedies shall not be exhausted by any exercise thereof but may be exercised as often as occasion therefor shall occur, and the failure to exercise any such right or remedy shall in no event be construed as a waiver or release of the same or of any other right or remedy.

## 6.  LICENSE

Company hereby grants to Company a limited, non-exclusive, non-transferable, revocable, worldwide license during the term of this Agreement to publish the Creative Materials in compliance with the terms hereof. All right, title and interest in the original Creative Materials are exclusively owned by Advertiser at all times. Any Creative Materials created by Company will at all times remain the sole property of the Company.

## 7. TERM; TERMINATION

This Agreement shall commence on the Effective Date and shall continue until all E-mail Campaigns, Advertising Campaigns, or Search Campaigns have been completed by Company or until this Agreement is otherwise terminated as set forth herein, whichever is earlier. Either party may terminate this Agreement at any time for any or no reason upon seventy-two (72) hours' notice to the other party. Immediately upon termination, Company shall terminate any pending campaigns, cease all use of the Creative Materials and shall return and/or destroy all other data and materials provided by Advertiser or obtained by Company in connection with the obligations and performance under this Agreement. Advertiser shall pay any Commissions generated after termination of this Agreement provided that such campaign was initiated by Company prior to termination and in accordance with the terms of this Agreement.

## 8.  REPRESENTATIONS & WARRANTIES

**8.1** In addition to any other representations and warranties set forth herein, each party represents and warrants that it: (a) has the authority and right to enter into this Agreement; and (b) shall not be in violation of any obligation, contract or agreement by entering into this Agreement or by performing the obligations herein.

**8.2** Company represents and warrants that: (a) the Creative Materials shall not infringe or violate any third party intellectual property or proprietary rights, and (b) the sale of the products contained in the Offers shall comply with all laws, rules and regulations.

**8.3** Company represents and warrants, and is obligated to contractually require each Affiliate to represent and warrant, that: (a) the publishing of E-Mail Campaigns and/or Advertising Campaigns, the operation of Search Campaigns, and its performance of services hereunder, shall at all times be in compliance with all applicable federal, state and local laws, rules and regulations, including, without limitation, CAN-SPAM, Section 17529.5 of the California Business and Professions Code, and laws governing unfair trade practices and deceptive or misleading advertising; (b) if Affiliate is a resident of New York State, it shall only place links to and/or display advertising for Company websites on the Network and it shall not engage in any other activity to solicit sales or business, including but not limited to the use of flyers, e-mails or newsletters; (c) it is not a resident of Rhode Island, Colorado, Illinois, Connecticut or North Carolina; (d) no Sub-Affiliate will re-broker or contract out any campaign, in whole or in part, at any time; and (e) Affiliate shall be the sole party obligated to pay, perform for, or otherwise render services to, Sub-Affiliate at all times. Affiliate further represents and warrants, and is obligated to contractually require each Sub-Affiliate to represent and warrant, that it shall not: (a) violate the terms and conditions or privacy policies of any third party search engines, internet publishers, or this Agreement; (b) engage in any illegal, fraudulent, deceptive and/or misleading activity; or (c) infringe or violate any third party intellectual property or proprietary rights. Affiliate shall be solely responsible for the source, content and use of its Network at all times.

**8.4** In the event Advertiser has breached, or Company in good faith believes that Advertiser has breached, any of the obligations, representations or warranties set forth in this Agreement, including, without limitation, throttling or 'shaving' leads, or artificially deflating commissions, Company will be owed, such amount be determined in Company's sole and final discretion, that is reasonably related to any losses, legal fees, damages, consulting fees, or penalties incurred by Company  from Advertiser.

## 9. INDEMNIFICATION

Advertiser shall indemnify, defend, and hold harmless Company, and its directors, officers, shareholders, agents, affiliates, subsidiaries, and employees, from and against any claims, actions, liabilities, losses, judgments, damages, expenses, fines, fees and costs (including, without limitation, reasonable attorneys' fees) that may at any time be incurred by any of them in connection with or arising from Advertiser: (a) delivery of product or service outlined by Offer; (b) breach or alleged breach of any duty, obligation, representation or warranty under this Agreement; (c) misuse of the Advertiser List by Affiliate or its agents, affiliates, representatives or employees; (d) misuse or

alteration of any Creative Material provided by Advertiser; or (e) illegal, fraudulent and/or deceptive activity. Notwithstanding the foregoing, Company shall not be responsible under this Section 9 for claims arising solely from (i) Advertiser's sale of the products contained in the Offers published, or (ii) the use and display of the Creative Materials by Advertiser, provided that such Creative Materials were not modified by Company without Company's written permission.

## 10.  GENERAL

This Agreement constitutes the entire agreement between the parties and supersedes any and all prior agreements, whether written, oral, express or implied, or understandings between the parties with respect to the subject matter contained herein, including, without limitation, any attachments, schedules, exhibits or insertion orders used by Advertiser.  This Agreement and/or the Supplement List may be modified, amended, supplemented or replaced entirely from time to time by Company, and such modification shall become effective after notice thereof has been provided by Company to Advertiser.  If any section, provision, term or clause shall be held or found to be unenforceable or invalid by a court decision, statute, rule or otherwise, the remaining provisions shall not be affected thereby and shall continue in full force and effect and such provision may be modified or severed from this Agreement to the extent necessary to make such provision enforceable and consistent with the remainder of this Agreement.  This Agreement shall be governed by the laws of the State of Florida, without respect to choice of law rules.  The parties hereby consent to exclusive jurisdiction and venue in the state and federal courts in Miami-Dade County, Florida. Advertiser may not assign or transfer its rights or duties under this Agreement, whether by operation of law, change of control, or in any other manner, without the prior written consent of Company. In the event any litigation is brought by either party against the other in connection with this Agreement, the prevailing party shall be entitled to recover from the other party reasonable attorneys' fees, costs and expenses incurred in such litigation. Any assignment or transfer in violation of this provision shall be null and void.  The parties to the Agreement are independent contractors.  Neither party is an agent, representative, partner, employee, or joint venturer of the other party and nothing contained herein shall be construed to create such a relationship between the parties.  Neither party will have any right, power, or authority to enter into any agreement on behalf of, or incur any obligation or liability of, or to otherwise bind the other party.  The failure of either party to insist upon or enforce strict performance by the other or to exercise any right under this Agreement shall not be construed as a waiver or relinquishment to any extent of such party's right to assert or rely upon any such provision or right in that or any other instance, and the same shall be and remain in full force and effect.  Sections 2.2, 5, 8, 9 and 10 and any provision where survival is expressly indicated shall survive the termination of this Agreement.  This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together will constitute one and the same document.  Counterparts containing facsimile transmitted signatures shall be binding as if original signatures delivered in person.

BOTH PARTIES HEREBY WARRANT AND REPRESENT THAT THEY HAVE HAD THE OPPORTUNITY TO CONSULT INDEPENDENT LEGAL COUNSEL BEFORE SIGNING THIS DOCUMENT AND HAVE EITHER SO CONSULTED INDEPENDENT LEGAL COUNSEL OR VOLUNTARILY RCIVES THEIR RIGHT TO DO SO.

ACCEPTED AND AGREED TO:                    ACCEPTED AND AGREED TO:
Company                                    Advertiser

_____           _____

Sonny Palta,
The Affiliati Network, Inc.

                                           Print Name: Steve van Schouwen

**COMPOSITE EXHIBIT "B"**



# INVOICE

Norwich Enterprises

**Invoice Date**
Apr 24, 2015

**Invoice Number**
INV-6072

**Reference**
4/13/15 thru 4/19/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1550.00 | 45.00 | Tax Exempt | 69,750.00 |
| Step 2 | 1133.00 | 44.00 | Tax Exempt | 49,852.00 |
| | | | Subtotal | 119,602.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | **119,602.00** |

**Due Date: Apr 27, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.

---✂--------------------------------------------------------------

# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
     1416 Bay Rd.
     MIAMI BEACH FLORIDA 33139

| | |
|---|---|
| **Customer** | Norwich Enterprises |
| **Invoice Number** | INV-6072 |
| **Amount Due** | **119,602.00** |
| **Due Date** | Apr 27, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Apr 14, 2015

**Invoice Number**
INV-6030

**Reference**
4/6/15 thru 4/12/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1463.00 | 45.00 | Tax Exempt | 65,835.00 |
| Step 2 | 1046.00 | 44.00 | Tax Exempt | 46,024.00 |
| | | | Subtotal | 111,859.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | **111,859.00** |

**Due Date: Apr 17, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
     1416 Bay Rd.
     MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
| --- | --- |
| **Invoice Number** | INV-6030 |
| **Amount Due** | **111,859.00** |
| **Due Date** | Apr 17, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Apr 28, 2015

**Invoice Number**
INV-6082

**Reference**
4/20/15 thru 4/26/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 926.00 | 45.00 | Tax Exempt | 41,670.00 |
| Step 2 | 705.00 | 44.00 | Tax Exempt | 31,020.00 |
| | | | Subtotal | 72,690.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | **72,690.00** |

**Due Date: May 1, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-6082 |
| **Amount Due** | **72,690.00** |
| **Due Date** | May 1, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
May 4, 2015

**Invoice Number**
INV-6179

**Reference**
4/27/15 thru 5/3/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 108.00 | 45.00 | Tax Exempt | 4,860.00 |
| Step 2 | 91.00 | 44.00 | Tax Exempt | 4,004.00 |
| | | | Subtotal | 8,864.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | **8,864.00** |

**Due Date: May 7, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| | |
|---|---|
| **Customer** | Norwich Enterprises |
| **Invoice Number** | INV-6179 |
| **Amount Due** | **8,864.00** |
| **Due Date** | May 7, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 31, 2015

**Invoice Number**
INV-6013

**Reference**
3/30/15 thru 4/5/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 223.00 | 45.00 | Tax Exempt | 10,035.00 |
| Step 2 | 152.00 | 44.00 | Tax Exempt | 6,688.00 |
| | | | Subtotal | 16,723.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | 16,723.00 |
| | | | LESS Amount Paid | 8,999.00 |
| | | | **AMOUNT DUE** | **7,724.00** |

**Due Date: Apr 3, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| | |
|---|---|
| **Customer** | Norwich Enterprises |
| **Invoice Number** | INV-6013 |
| **Amount Due** | **7,724.00** |
| **Due Date** | Apr 3, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



THE AFFILIATI
NETWORK

# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 30, 2015

**Invoice Number**
INV-5910

**Reference**
3/23/15 thru 3/29/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1745.00 | 44.7421 | Tax Exempt | 78,074.96 |
| Step 2 | 1347.00 | 44.00 | Tax Exempt | 59,268.00 |
| Rounding Adjustment | 1.00 | 0.04 | Tax Exempt | 0.04 |
| | | | Subtotal | 137,343.00 |
| | | | TOTAL  TAX | 0.00 |
| | | | **TOTAL USD** | 137,343.00 |
| | | | LESS Amount Paid | 137,343.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Apr 2, 2015**
Banking Information





# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5910 |
| **Amount Due** | **0.00** |
| **Due Date** | Apr 2, 2015 |
| **Amount Enclosed** | |

*Enter the amount you are paying above*

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 23, 2015

**Invoice Number**
INV-5888

**Reference**
3/16/15 thru 3/22/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 825.00 | 45.00 | Tax Exempt | 37,125.00 |
| Step 2 | 491.00 | 44.00 | Tax Exempt | 21,604.00 |
| | | | Subtotal | 58,729.00 |
| | | | TOTAL  TAX | 0.00 |
| | | | **TOTAL USD** | 58,729.00 |
| | | | LESS Amount Paid | 58,729.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Mar 26, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5888 |
| **Amount Due** | **0.00** |
| **Due Date** | Mar 26, 2015 |
| **Amount Enclosed** | |

*Enter the amount you are paying above*

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 16, 2015

**Invoice Number**
INV-5871

**Reference**
3/9/15 thru 3/15/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 463.00 | 45.00 | Tax Exempt | 20,835.00 |
| Step 2 | 295.00 | 44.00 | Tax Exempt | 12,980.00 |
| | | | Subtotal | 33,815.00 |
| | | | TOTAL  TAX | 0.00 |
| | | | **TOTAL USD** | 33,815.00 |
| | | | LESS Amount Paid | 33,815.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Mar 19, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5871 |
| **Amount Due** | **0.00** |
| **Due Date** | Mar 19, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 9, 2015

**Invoice Number**
INV-5830

**Reference**
3/2/15 thru 3/8/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1880.00 | 45.00 | Tax Exempt | 84,600.00 |
| Step 2 | 1506.00 | 44.00 | Tax Exempt | 66,264.00 |
| | | | Subtotal | 150,864.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | 150,864.00 |
| | | | LESS Amount Paid | 150,864.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Mar 12, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
     1416 Bay Rd.
     MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5830 |
| **Amount Due** | **0.00** |
| **Due Date** | Mar 12, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



THE AFFILIATI
NETWORK

# INVOICE

Norwich Enterprises

**Invoice Date**
Mar 2, 2015

**Invoice Number**
INV-5714

**Reference**
2/23/15 thru 3/1/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1160.00 | 45.00 | Tax Exempt | 52,200.00 |
| Step 2 | 881.00 | 42.00 | Tax Exempt | 37,002.00 |
| | | | Subtotal | 89,202.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | 89,202.00 |
| | | | LESS Amount Paid | 89,202.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Mar 5, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
     1416 Bay Rd.
     MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5714 |
| **Amount Due** | **0.00** |
| **Due Date** | Mar 5, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# INVOICE

Norwich Enterprises

**Invoice Date**
Feb 23, 2015

**Invoice Number**
INV-5703

**Reference**
2/2/215 thru 2/22/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Step 1 | 1405.00 | 45.00 | Tax Exempt | 63,225.00 |
| Step 2 | 1028.00 | 44.00 | Tax Exempt | 45,232.00 |
| | | | Subtotal | 108,457.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | 108,457.00 |
| | | | LESS Amount Paid | 108,457.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Feb 26, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.

- ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

To:  The Affiliati Network, Inc.
      1416 Bay Rd.
      MIAMI BEACH FLORIDA 33139

| | |
|---|---|
| **Customer** | Norwich Enterprises |
| **Invoice Number** | INV-5703 |
| **Amount Due** | **0.00** |
| **Due Date** | Feb 26, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



THE AFFILIATI
NETWORK

# INVOICE

Norwich Enterprises

**Invoice Date**
Feb 2, 2015

**Invoice Number**
INV-5607

**Reference**
thru 2/1/15

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Commissions thru 2/1/15 | 667.00 | 45.00 | Tax Exempt | 30,015.00 |
| Commissions thru 2/1/15 | 354.00 | 44.00 | Tax Exempt | 15,576.00 |
| | | | Subtotal | 45,591.00 |
| | | | TOTAL  TAX | 0.00 |
| | | | **TOTAL USD** | 45,591.00 |
| | | | LESS Amount Paid | 45,591.00 |
| | | | **AMOUNT DUE** | **0.00** |

**Due Date: Feb 5, 2015**
Banking Information



Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.



# PAYMENT ADVICE

To: The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Customer | Norwich Enterprises |
|---|---|
| **Invoice Number** | INV-5607 |
| **Amount Due** | **0.00** |
| **Due Date** | Feb 5, 2015 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.

**EXHIBIT "C"**

# Invoices

## Norwich Enterprises
### To 31 May 2015
### Showing payments to 31 May 2015

| Date | Number | Due Date | | Total | Paid | Credited | Due |
|------|--------|----------|--|-------|------|----------|-----|
| 2 Feb 2015 | INV-5607 | 5 Feb 2015 | | 45,591 | 45,591 | - | - |
| 23 Feb 2015 | INV-5703 | 26 Feb 2015 | | 108,457 | 108,457 | - | - |
| 2 Mar 2015 | INV-5714 | 5 Mar 2015 | | 89,202 | 89,202 | - | - |
| 9 Mar 2015 | INV-5830 | 12 Mar 2015 | | 150,864 | 150,864 | - | - |
| 16 Mar 2015 | INV-5871 | 19 Mar 2015 | | 33,815 | 33,815 | - | - |
| 23 Mar 2015 | INV-5888 | 26 Mar 2015 | | 58,729 | 58,729 | - | - |
| 30 Mar 2015 | INV-5910 | 2 Apr 2015 | | 137,343 | 137,343 | - | - |
| 31 Mar 2015 | INV-6013 | 3 Apr 2015 | 42 days overdue | 16,723 | 8,999 | - | 7,724 |
| 14 Apr 2015 | INV-6030 | 17 Apr 2015 | 28 days overdue | 111,859 | - | - | 111,859 |
| 24 Apr 2015 | INV-6072 | 27 Apr 2015 | 18 days overdue | 119,602 | - | - | 119,602 |
| 28 Apr 2015 | INV-6082 | 1 May 2015 | 14 days overdue | 72,690 | - | - | 72,690 |
| 4 May 2015 | INV-6179 | 7 May 2015 | 8 days overdue | 8,864 | - | - | 8,864 |
| **Total** | | | | **953,739** | **633,000** | **-** | **320,739** |